UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re: <br><br> LAURA M. SHEEDY, <br> Debtor. | ) <br> ) <br> ) CHAPTER 13 BANKRUPTCY <br> ) CASE NO. 10-16236-JNF <br> ) |
| LAURA M. SHEEDY, <br> Plaintiff, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br> Defendants. | ) <br> ) <br> ) ADVERSARY PROCEEDING <br> ) NO. 11-01137 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### FIRST AFFIDAVIT OF VICTORIA L. VIVIANO

I, Victoria L. Viviano, hereby depose and state as follows:

1.     I am a Sr. Research Specialist of JPMorgan Chase Bank, N.A. ("Chase"), loan servicer for Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4. I submit this affidavit in support of the Motion of Adversary Defendants Deutsche Bank National Trust Company, as Trustee, and JPMorgan Chase Bank, N.A. for Summary Judgment. The information contained herein is based upon information gleaned from the records and files of Chase concerning mortgage loan number ******9818 (the "Loan"), which I understand to be the subject of this action.

2.  Deutsche Bank, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4, holds the promissory note granted by the Plaintiff (the "Note").

3.  The Note was executed by the Plaintiff on April 16, 2004 in favor of Washington Mutual Bank, FA. The Note was transferred to Deutsche Bank, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4, on May 1, 2004. Washington Mutual Bank fsb was the custodian of the Note on behalf of Deutsche Bank, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4, from May 1, 2004 until September 25, 2008.

4.  Chase became the custodian of the Note on behalf of Deutsche Bank, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4, on September 25, 2008. Since that date, the Note has remained in the physical custody of Chase as the custodian of Deutsche Bank, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4.

Signed under the penalties of perjury this 3rd day of February, 2012.

*[signature]*